**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**JAMES MCPHERSON AND**
**VICKI MCPHERSON,**

**Plaintiffs,**

**v.** **CASE NO.: 5:20cv318-TKW-MJF**

**LEXINGTON INSURANCE COMPANY,**

**Defendant.**
_________________________________/

**LEXINGTON INSURANCE COMPANY'S NOTICE OF FILING EXHIBITS FOR MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Defendant, LEXINGTON INSURANCE COMPANY, by and through the undersigned counsel, and hereby gives notice of filing the following Exhibits in support of its Motion for Summary Judgment:

1. Transcript of Vicki McPherson deposition taken November 16, 2021;
2. Lexington Insurance Policy;
3. Lexington's Rule 26(a)(2) Expert Disclosure served September 27, 2021;
4. Affidavit of Scott Sanders with Exhibits:
    A. Report of Findings by Scott Sanders, P.E., dated September 8, 2021;
5. Rimkus Report by Robert L. Beaird, P.E. dated September 8, 2021;

6. Audubon Report by Andy Householder dated July 16, 2021;
7. Transcript of Kathy Spinella deposition taken March 1, 2022;
8. LBJ Estimate dated December 9, 2020;
9. Transcript of James Rossi deposition taken March 7, 2022;
10. CMR Construction and Roofing Estimate dated August 26, 2020.

Respectfully submitted this 28th day of April, 2022.

CLAUSEN MILLER P.C.

By: /s/ *Thomas J. Moody*
THOMAS J. MOODY, ESQ., FBN: 123618
4830 West Kennedy Blvd., Suite 600
Tampa, Florida 33609
Tel: (312) 606-7626
tmoody@clausen.com
rfreschlin@clausen.com
tweede@clausen.com
*Attorney for Lexington Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of April, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of such filing to the parties who are registered participants with the system.

CLAUSEN MILLER, P.C.

By: */s/ Thomas J. Moody*
**THOMAS J. MOODY, ESQ.**

Florida Bar No. 123618