## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**JAMES MCPHERSON and**
**VICKI MCPHERSON,**

      **Plaintiffs,**

**v.**                        **CASE NO.: 5:20-cv-00318-TKW-MJF**

**LEXINGTON INSURANCE**
**COMPANY,**

      **Defendant.**
_____/

### PLAINTIFFS' MOTION TO STRIKE AS UNTIMELY DEFENDANT'S REPLY TO PLAINTIFFS' RESPONSE TO LEXINGTON INSURANCE COMPANY'S MOTION FOR FINAL SUMMARY JUDGMENT

COMES NOW The Plaintiffs, JAMES MCPHERSON and VICKI MCPHERSON, by and through their undersigned counsel, and pursuant to this Court's May 19, 2022, Docket Text, and Local Rules 56.1, hereby Motion this Court to Strike as Untimely Defendant's Reply to Plaintiff's Response to Defendant's Motion for Final Summary Judgment, and in support thereof state as follows:

### BACKGROUND AND SUMMARY OF ARGUMENT

1.    This lawsuit arises from Plaintiffs' insurance claim with Defendant for damages to the Insured Property, located at 1815 Weakfish Way, Panama City Beach, FL 32408, resulting from Hurricane Michael.

2. Respectfully, this Court should strike Defendant's Reply to Plaintiff's Response to Defendant's Motion for Final Summary Judgment because said Reply was untimely.

3. On April 28, 2022, Defendant filed its Motion for Final Summary Judgment. [Doc.64].

4. Also on April 28, 2022, this Court added a Docket Text that gave Plaintiffs a deadline of May 19, 2022, to file their Response to Defendant's Motion for Final Summary Judgment.

5. On May 19, 2022, Plaintiffs, timely, filed their Response to Defendant's Motion for Final Summary Judgment. [Doc.72].

6. Also on May 19, 2022, this Court added a Docket Text that gave Defendant a deadline of May 26, 2022, to file its Reply to Plaintiffs' Response to Defendant's Motion for Final Summary Judgment.

7. On May 27, 2022, Defendant, untimely, filed its Reply to Plaintiffs' Response to Defendant's Motion for Final Summary Judgment. [Doc.74].

**WHEREFORE,** Plaintiffs, JAMES MCPHERSON & VICKI MCPHERSON, respectfully request that this Court Strike as Untimely Defendant's Reply to Plaintiff's Response to Defendant's Motion for Final Summary Judgment and grant any further relief that this Court deems necessary and proper.

**MEMORANDUM OF LAW**

**A.    This Court's May 19, 2022, Docket Text.**

8.    Pursuant to this Court's May 19, 2022, Docket Text, Defendant had to file its Reply to Plaintiffs' Response to Defendant's Motion for Final Summary Judgment by May 26, 2022.

**B.    Local Rule 56.1(D).**

9.    Pursuant to Local Rule 56.1(D), the deadline to file a reply memorandum is seven (7) days after a response to the Motion for Summary Judgment is filed.

**I.    ARGUMENT**

Given that this Court's May 19, 2022, Docket Text, gave Defendant until May 26, 2022, to file its Reply to Plaintiffs' Response to Defendant's Motion for Final Summary Judgment, Defendant's May 27, 2022, Reply was untimely.

Given that Plaintiffs filed their Response to Defendant's Motion for Final Summary Judgment on May 19, 2022, Pursuant to Local Rule 56.1(D), Defendant had to file its reply memorandum within seven (7) days or May 26, 2022. Since Defendant filed its Reply on May 27, 2022, it was untimely and should be stricken.

**WHEREFORE,** Plaintiffs, JAMES MCPHERSON & VICKI MCPHERSON, respectfully request that this Court Strike as Untimely Defendant's

Reply to Plaintiff's Response to Defendant's Motion for Final Summary Judgment and grant any further relief that this Court deems necessary and proper.

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)**

Pursuant to Local Rule 7.1(F), the undersigned certify that this motion contains 644 words.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 1st day of June 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of such filing to the parties who are registered participants with the system: Thomas J Moody, Esq., Clausen Miller P.C, 4830 West Kennedy Blvd, Suite 600, Tampa, Florida 33609. (tmoody@clausen.com; hrice@clausen.com; amccarthy@clausen.com)

RUDD & DIAMOND, P.A.
*Attorneys for Plaintiffs*
4000 Hollywood Blvd.
Presidential Circle, Suite 120-N
Hollywood, FL 33021
Tel. (954) 961-5059
Fax. (954) 961-8953
service@rudddiamond.com

By: __/s/_ Michael P. Rudd_
Michael P. Rudd

99.14108/MPR/KG                    FL Bar No.: 782416